EUGENIA SILBERFELD, Appellant, Respondent, v. SWISS BANK CORPORATION, Respondent, Appellant, and Others, Defendants. (Action No. 1.) — Appeal by plaintiff from so much of a resettled order as strikes out item 18 in her demand for a bill of particulars of the amended answer of the respondent-appellant Swiss Bank Corporation. Cross-appeal by said respondent-appellant from so much of the same order as denies its motion to strike out items 1 to 5 and 8 to 17, inclusive, contained in the same demand. Resettled order modified on the law by striking therefrom the first decretal paragraph and inserting in lieu thereof the following: " ORDERED that the motion to strike out items 1 to 7, inclusive, and items 18 and 19 of the demand, is granted; and the motion to strike out items 8, 9, 10, 11, 12, 13, 14, 15, 16 and 17 is hereby denied; and it is." As thus modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to respondent-appellant. In our opinion items 1 to 5 should have been struck out under the well-established rule that a defendant will not be required to furnish a bill of particulars as to denials or admissions contained in an answer. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

EUGENIA SILBERFELD, Appellant, Respondent, v. SWISS BANK CORPORATION, Respondent, Appellant, and Others, Defendants. (Action No. 2.) — Appeal by plaintiff from so much of a resettled order as strikes out item 16 in her demand for a bill of particulars of the amended answer of the respondent-appellant Swiss Bank Corporation. Cross-appeal by said respondent-appellant from so much of the same order as denies its motion to strike out items 1 to 15, inclusive, contained in the same demand.. Resettled order modified on the law by striking therefrom the first decretal paragraph and inserting in lieu thereof the following: " ORDERED that the motion to strike out items 1 to 5, inclusive, and items 16 and 17 of said demand is granted; and the motion to strike out items 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15 is hereby denied; and it is." As thus modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to respondent-appellant. In our opinion items 1 to 5 should have been struck out under the well-established rule that a defendant will not be required to furnish a bill of particulars as to denials or admissions contained in an answer. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

EVA SLATER, as Administratrix, etc., of JAMES SLATER, Deceased, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and RICHARD DAVIDSON, Respondents.— In an action to recover for the wrongful death of plaintiff's intestate who, plaintiff claims, was struck by the corporate defendant's trolley car while he was crossing the street, the jury rendered a verdict for plaintiff for $6,000. The court, on a reserved motion, set aside the verdict and dismissed the complaint, holding that there was no evidence showing negligence on the part of defendant's motorman. Order and judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Johnston and Taylor, JJ., concur; Close, J., concurs for affirmance of the order in so far as it set aside the verdict, but dissents otherwise and votes to reverse the judgment and, on the ground that the evidence presented a question of fact for the jury, votes to grant a new trial.